517 A.2d 538

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Daniel Crawford FREISTAK, Appellant.**

Supreme Court of Pennsylvania.

Argued June 4, 1986.

Decided Nov. 17, 1986.

Alan Ellis, David M. McGlaughlin, Philadelphia, for appellant.

Kevin A. Hess, Asst. Dist. Atty., Merle L. Ebert, First Asst. Dist. Atty., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

The Order of the Superior Court is affirmed.